Carolyn D. Phillips    #103045
Attorney at Law
P. O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for defendant Roberto Gutierrez-Segura

# IN THE UNITED STATES DISTRICT COURT IN AND FOR

# THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:12-cr-00355 AWI/BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING, AND ORDER THEREON |
| v. | New Date:  February 25, 2013 |
| ROBERTO GUTIERREZ-SEGURA | Time:  1 p.m. |
| Defendant. | Crtrm: Hon. Barbara McAuliffe |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for January 28, 2013 at 1:00 p.m., may be continued to **February 25, 2013, 1:00 p.m.**

Counsel for defendant Gutierrez-Segura needs additional time to consult with her client, to review investigation materials and for further defense preparation.

*Stipulation to Continue Status Conference Hearing, and Order Thereon;*
 *U. S. v. Roberto Gutierrez-Segura, Case No. 5:12-cr-00355 AWI/BAM*                    1

For purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161, *et seq.*, within which trial must commence, the time period of January 28, 2013 to February 25, 2013, inclusive, is deemed excludable because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant to a speedy trial.

So stipulated.

Dated:  January 23, 2013         /s/ Carolyn D. Phillips
                                 CAROLYN D. PHILLIPS
                                 Attorney for Roberto Gutierrez-Segura


Dated:  January 23, 2013         BENJAMIN B. WAGNER
                                 United States Attorney


                          By:    /s/Megan A. S. Richards
                                 MEGAN A. S. RICHARDS
                                 Attorneys for the United States.



IT IS SO ORDERED.

                                 Dated:   **January 23, 2013**

/s/ *Barbara A. McAuliffe*

                                 UNITED STATES MAGISTRATE JUDGE


*Stipulation to Continue Status Conference Hearing, and Order Thereon;*
 U. S. v. Roberto Gutierrez-Segura, Case No. 5:12-cr-00355 AWI/BAM