1    Carolyn D. Phillips    #103045
2    Attorney at Law
     P. O. Box 5622
3    Fresno, California  93755-5622
     559/248-9833
4

     Attorney for defendant Roberto Gutierrez-Segura
5

6               **IN THE UNITED STATES DISTRICT COURT IN AND FOR**
7
                 **THE EASTERN DISTRICT OF CALIFORNIA**
8

9

10    UNITED STATES OF AMERICA,    )     Case No. 1:12-cr-00355 AWI-BAM
                                    )
11                                    )     STIPULATION TO CONTINUE STATUS
                 Plaintiff,       )     CONFERENCE HEARING, AND ORDER
12                                    )     THEREON
     v.                                )
13                                    )     New Date:  March 11, 2013
     ROBERTO GUTIERREZ-SEGURA         )     Time:  1 p.m.
14                                    )     Crtrm: Hon. Barbara McAuliffe
                 Defendant.     )
15    _____ )

16         IT IS HEREBY STIPULATED by and between the parties hereto, and through

17    their respective attorneys of record herein, that the Status Conference Hearing, in the

18    above captioned matter, scheduled for February 25, 2013 at 1:00 p.m., may be continued

19    to **March 11, 2013, 1:00 p.m.**

20         Counsel for defendant Gutierrez-Segura needs additional time to consult with

21    her client, who is unavailable to confer with counsel due to illness, to review

22    investigation materials and for further defense preparation.

23    U. S. v. Roberto Gutierrez-Segura, Case No. 1:12-cr-00355 AWI/BAM       1

For purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161, *et seq.*, within which trial must commence, the time period of February 25, 2013 to March 11, 2013, inclusive, is deemed excludable because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant to a speedy trial.

So stipulated.

Dated:  February 21, 2013            __/s/ Carolyn D. Phillips_____
                                     CAROLYN D. PHILLIPS
                                     Attorney for Roberto Gutierrez-Segura


Dated:  February 21, 2013            BENJAMIN B. WAGNER
                                     United States Attorney


                              By:    /s/Megan A. S.  Richards_____
                                     MEGAN A. S. RICHARDS
                                     Attorneys for the United States.




**ORDER**


IT IS SO ORDERED.

                                     Dated:  __**February 21, 2013**__

/s/ *Barbara A. McAuliffe*_____

                                     UNITED STATES MAGISTRATE JUDGE



U. S. v. Roberto Gutierrez-Segura, Case No. 1:12-cr-00355 AWI/BAM            2