BENJAMIN B. WAGNER
United States Attorney
MEGAN A. S. RICHARDS
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>ROBERTO GUTIERREZ-SEGURA,<br><br>                    Defendant. | CASE NO.: 1:12-CR-00355 AWI<br><br>STIPULATION TO ADVANCE STATUS CONFERENCE FOR A CHANGE OF PLEA; ORDER<br><br>To:       March 11, 2013<br>TIME:     10:00 am<br>JUDGE:    Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Megan A. S. Richards, Counsel for Plaintiff, and Carolyn Philips, Counsel for Defendant Roberto Gutierrez-Segura, that the status conference currently set for March 11 at 1:30 p.m. before Magistrate Judge Barbara A. McAuliffe, may be rescheduled to March 11 at 10:00 a.m for a change of plea hearing before Hon. Anthony W. Ishii.

The parties have entered into a plea agreement and have agreed to

//

set the matter for a change of plea March 11, 2013.

```
                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: March 6, 2013        By:    /s/ Megan A. S. Richards
                                   MEGAN A. S. RICHARDS
                                   Special Assistant U.S. Attorney


Dated: March 6, 2013        By:    /s/ Carolyn Philips
                                   CAROLYN PHILIPS
                                   Attorney For Defendant
```

**ORDER**

IT IS SO ORDERED.

Dated:  March 8, 2013              _____
                                   SENIOR DISTRICT JUDGE