

FILED
MAY 20 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | No CR-12-355-AWI |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| ROBERTO GUTIERREZ SEGURA ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced on May 20, 2013 TO 5 months and 25 days, (TIME SERVED)

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH . A certified Judgment and Commitment order to follow.

DATED:   5-20-13

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1